IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:05CR287 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL A. FOXWORTH, | |
| Defendant. | |

This matter came on to be heard on the motion and Statement of Probable Cause (Filing No. 110) of the plaintiff, United States of America, by Assistant United States Attorney Susan T. Lehr, for issuance of a Bench Warrant for defendant Michael A. Foxworth.

IT IS ORDERED:

1. The motion (Filing No. 110) is granted.

2. It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Michael A. Foxworth commanding the arresting officer to release him to the custody of the United States Bureau of Prisons for service of his sentence imposed on April 23, 2012.

Dated this 19th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge